# United States District Court
## Southern District of Georgia

Jeremy Antwun Smith

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV415-8

William Danforth

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 3, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Smith's 2254 petition. This action stands closed.



March 3, 2015  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk